# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,
 Plaintiff,

            Case Number 3:21-cv-00258-SLG

v.                3:18-cr-00040-SLG

MICHAEL W. MOORE, JR,
 Defendant.      **JUDGMENT IN A CIVIL CASE**

☐  **JURY VERDICT**. This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒  **DECISION BY COURT**. This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

 IT IS ORDERED AND ADJUDGED:

 THAT defendant's application for post-conviction relief [28 U.S.C. § 2255] is denied. A certificate of appealability will not be issued by this Court.

APPROVED:

s/SHARON L. GLEASON
United States District Judge

Date April 20, 2023            Brian D. Karth
                     Clerk of Court


                     Robin M. Carter
                     (By) Deputy Clerk

JMT2255 – rev. 1-13-15